# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| PATRIOT NATIONAL, INC., *et al.*, | Case No. 18-10189 (KG) |
| Reorganized Debtors. | (Jointly Administered) |
| PETER KRAVITZ, AS LITIGATION TRUSTEE OF THE PNI LITIGATION TRUST, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 18-50421 (KG) |
| KASOWITZ BENSON TORRES LLP, | |
| Defendant. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Peter Kravitz, as Litigation Trustee of the PNI Litigation Trust ("Trustee"), on behalf of the estates of Patriot National, Inc., substituted plaintiff ("Plaintiff") in the above-captioned proceeding, hereby appears through counsel, Kilpatrick Stockton LLP ("Kilpatrick") and Morris James LLP ("Morris James"). Kilpatrick and Morris James hereby request that copies of all papers given or required to be given in this case and copies of all papers served or required to be served, be given and served upon the Trustee and/or Plaintiff through service upon Kilpatrick and Morris James, at the addresses, telephone numbers, facsimile numbers, and electronic mail addresses set forth below.

Dated: October 26, 2018    **MORRIS JAMES LLP**

/s/ Carl N. Kunz, III
Carl N. Kunz, III, Esq. (DE Bar No. 3201)
Brenna A. Dolphin, Esq. (DE Bar No. 5604)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801-1494
Telephone: (302) 888-6800
Facsimile:  (302) 571-1750
E-mail:  ckunz@morrisjames.com
E-mail:  bdolphin@morrisjames.com

-and-

**KILPATRICK TOWNSEND & STOCKTON LLP**
David M. Posner, Esq. (*admitted pro hac vice*)
Gianfranco Finizio, Esq. (*admitted pro hac vice*)
The Grace Building
1114 Avenue of the Americas
New York, New York 10036-7703
Telephone:  (212) 775-8700
Facsimile:  (212) 775-8800
E-mail:  dposner@kilpatricktownsend.com
E-mail:  gfinizio@kilpatricktownsend.com

*Counsel to the Litigation Trustee*